# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rene L. Johnson, | ) | Case No. 1:17-cr-186 |
| | ) | |
| Defendant. | ) | |

On October 24, 2017, defendant filed document captioned "Request for Status Conference." On October 31, 2017, the Government filed a combined response to defendant's request and motion for protective order.

The court held a status conference counsel in the above-entitled action by telephone. Pursuant to its discussions with the parties, the court shall construe the request for a status conference as a motion to compel. The Government shall have until November 7, 2017, to file a supplement to its response.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court